IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS )
PENSION FUND, CHICAGO REGIONAL COUNCIL )
OF CARPENTERS WELFARE FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
and Their Trustees, )
                                        )
                  Plaintiffs, ) 09CV 1734
                                          )
    v. ) Judge Shadur
                                          )
TOTAL WINDOW INSTALLATION COMPANY,LLC, )
                                          )
                  Defendant. )

## MOTION FOR SUPPLEMENTAL JUDGMENT

Plaintiffs, by its attorney, Raymond J. Sanguinetti, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.   Plaintiffs filed their complaint on February 4, 2009 and the summons and complaint was served on Plaintiff Total Window installation Company LLC, Willie Devose, Reg. Agent, on April 4, 2009, via the Process Server.

2.   The Defendant failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.   On May 14, 2009, this Honorable Court entered an order of default against the Defendant, Total Window Installation Company, LLC in the sum of $1,575.00 and ordered Defendant to submit reports to Plaintiff detailing hours worked by its employees for the period of November and December, 2008 and January, 2009. The Court retained jurisdiction over this matter to enter judgment on any amounts shown due and owing after submission of the reports. **(Exhibit A, Order dated May 14, 2009)**

4.     Defendant submitted reports per order of the Court which reveal unpaid contributions in the amount of $98,559.79 for the period October 2008 through January 2009. Based on the reports, defendant owes liquidated damages in the amount of $12,083.23, interest in the amount of $2,012.60, and dues in the amount of $7,065.75 **(Exhibit B, affidavit of John Libby)**

5.     Plaintiffs are entitled to attorney's fees and costs in the amount of $3,037.50 **(Exhibit C, affidavit of Raymond J. Sanguinetti)**

WHEREFORE, Plaintiffs pray that their motion for supplemental judgment be granted in the amount of $122,758.87.

Respectively submitted,

s/ RAYMOND J. SANGUINETTI

Attorney for the Trustees
of the Chicago Regional
Council of Carpenters
Pension Fund, et al.

Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Atty No. 6244798

-2-

# Exhibit
# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS )
PENSION FUND, CHICAGO REGIONAL COUNCIL )
OF CARPENTERS WELFARE FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
and Their Trustees, )
                                      )
                         Plaintiffs,  )   09CV 1734.
                                      )
        v.                            )   Judge Shadur
                                      )
TOTAL WINDOW INSTALLATION COMPANY,LLC, )
                                      )
                         Defendant.   )

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on March 20, 2009 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment is entered in behalf of the Plaintiffs and against the Defendant, TOTAL WINDOW INSTALLATION COMPANY, LLC in the sum of $1,575.00 and that Defendant is ordered to submit reports to Plaintiff detailing hours worked by its employees for the period of November and December of 2008, and January 2009 within fifteen (15) days.

This Court shall retain jurisdiction over this matter to enter judgment on any amounts shown due and owing after submission of the reports.

ENTERED:

_Milton Shadur_

MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE

DATE: _May 14, 2009_

# Exhibit
# B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF CARPENTERS )
PENSION FUND, CHICAGO REGIONAL COUNCIL )
OF CARPENTERS WELFARE FUND, CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )
APPRENTICE & TRAINEE PROGRAM FUND, )
and Their Trustees, )
                                     )
                   Plaintiffs, ) 09CV 1734
                                       )
     v. ) Judge Shadur
                                       )
TOTAL WINDOW INSTALLATION COMPANY,LLC, )
                                       )
                  Defendant. )

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

John Libby declares as follows:

1.      I am employed as the Audit Collection Supervisor for the Chicago Regional Council of Carpenters Fringe Benefit Funds and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds. A portion of my duties include the monitoring of signatory accounts to ensure that the company makes the required fringe benefit contributions pursuant to the Collective Bargaining Agreement.

2.      I have reviewed the account for the Defendant, TOTAL WINDOW INSTALLATION COMPANY, LLC. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters, successor to the Chicago and Northeast Illinois Regional Council of Carpenters whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and

Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreement and Trust Agreements, signatory employers are required to submit monthly reports to the Trust Funds detailing all hours worked by its employees covered under the Agreements.

5.    My review of the books and records of the Trust Funds reveal that Defendant has submitted reports for the period of September 2008 through February, 2009 and owes $98,559.79 in unpaid contributions.  A breakdown of amounts owed is attached.

6.    Based on the reports, Defendant owes liquidated damages in the amount of $12,083.23, interest in the amount of $2,012.60, and dues in the amount of $7,065.75.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Signature: _John Libby_

Date:    July _15_, 2009

2

Total Window Installation Company, LLC                    6/15/2009
6528 S Bell
Chicago, Il. 60636

## Account # 24234

| Contributions | | Liquidated Damages | Interest | Dues | Total |
|---|---|---|---|---|---|
| Sep-08 | $0.00 | $1,378.39 | $0.00 | $0.00 | $1,378.39 |
| Oct-08 | $3,114.61 | $1,545.08 | $91.99 | $0.00 | $4,751.68 |
| Nov-08 | $31,450.92 | $3,453.31 | $771.37 | $2,520.55 | $38,196.15 |
| Dec-08 | $31,290.00 | $2,922.49 | $624.98 | $2,238.02 | $37,075.49 |
| Jan-09 | $29,951.40 | $2,315.24 | $462.73 | $1,960.00 | $34,689.37 |
| Feb-09 | PAID | $171.65 | $0.00 | $0.00 | $171.65 |
| Totals: | $95,806.93 | $11,786.16 | $1,951.07 | $6,718.57 | $116,262.73 |

## Account # 51149

| Contributions | | Liquidated Damages | Interest | Dues | Total |
|---|---|---|---|---|---|
| Nov-08 | $1,437.92 | $157.88 | $35.26 | $181.35 | $1,812.41 |
| Dec-08 | $1,314.94 | $122.82 | $26.27 | $165.83 | $1,629.86 |
| Jan-09 | PAID | $16.37 | $0.00 | $0.00 | $16.37 |
| Totals: | $2,752.86 | $297.07 | $61.53 | $347.18 | $3,458.64 |

| Totals: | $98,559.79 | $12,083.23 | $2,012.60 | $7,065.75 | $119,721.37 |

# Exhibit
## C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 09CV 1734 |
| v. | ) ) | Judge Shadur |
| TOTAL WINDOW INSTALLATION, INC. | ) ) | |
| Defendants. | ) ) | |

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Raymond J. Sanguinetti declares as follows:

1.     I am an associate of the law firm of Whitfield, McGann & Ketterman and am licensed to practice law in the State of Illinois and in the U.S. District Court for Northern District of Illinois, Eastern Division.

2.     I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.     I have in excess of 11 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4.     Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5.     I have devoted 13.5 hours in connection with this case at the rate of $195.00 per hour.  The total attorney fees billings is $2,632.50.

6. In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $405.00.

7. I certify that the attached detailed attorney fees and costs totaling $3,037.50 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: July 16, 2009

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional
Council of Carpenters Pension Fund, et
al.

2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

directing compliance. Prepared
correspondence to legal process server
Scott Forrest Stern & Associates, Inc. with
directives.

| | | | | |
|---|---|---|---|---|
| 379017    TIME | RJS | 1.50 | 195.00 | 292.50 |
| 6/1/2009 | Billable | 0.00 | T@7 | |
| Billed    G:76741    7/1/2009 | CTF-C./N7990/24234/51 | 0.00 | | |
| | | 0.00 | | |

Review report of legal process server Scott
Forrest Stern & Associates, Inc. on service
of order directing the submission of reports.
Prepared motion on Rule To Show Cause as
to why owner of company should not be held
in contempt of court for failing to submit
reports for 11/08 through 1/09. Prepared
exhibits and draft order. Prepared notice of
motion.

| | | | | |
|---|---|---|---|---|
| 379544    TIME | DPM | 0.30 | 195.00 | 58.50 |
| 6/8/2009 | Billable | 0.00 | T@7 | |
| Billed    G:76741    7/1/2009 | CTF-C./N7990/24234/51 | 0.00 | | |
| | | 0.00 | | |

Prepare for court status/motion hearing;
review file for current status and most recent
activity; review court docket to confirm that
the case will be called for status; download
court calendar; prepare notes to report
status and future action to the court.

| | | | | |
|---|---|---|---|---|
| 379545    TIME | DPM | 1.00 | 195.00 | 195.00 |
| 6/9/2009 | Billable | 0.00 | T@7 | |
| Billed    G:76741    7/1/2009 | CTF-C./N7990/24234/51 | 0.00 | | |
| | | 0.00 | | |

Attend court appearance at the U.S. District
Court for the Northern District of Illinois.

| | | | | |
|---|---|---|---|---|
| 379591    TIME | RJS | 0.50 | 195.00 | 97.50 |
| 6/10/2009 | Billable | 0.00 | T@7 | |
| Billed    G:76741    7/1/2009 | CTF-C./N7990/24234/51 | 0.00 | | |
| | | 0.00 | | |

Review reports submitted per Rule To Show
Cause. Prepared correspondence with Earl
E. Oliver regarding amounts owed.

| | | | | |
|---|---|---|---|---|
| 380128    TIME | RJS | 2.00 | 195.00 | 390.00 |
| 6/19/2009 | Billable | 0.00 | T@7 | |
| Billed    G:76741    7/1/2009 | CTF-C./N7990/24234/51 | 0.00 | | |
| | | 0.00 | | |

Review correspondence and breakdown
from Earl E. Oliver of final amounts due.
Prepared motion for supplemental judgment;
Prepared notice of motion; Prepared
certificate of service; Prepared exhibits;
Prepared affidavit of attorney fees; Prepared
draft order.

| Selection Criteria | |
| --- | --- |
| Case (hand select) | Include: CTF-C./N7990/24234/5119 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7990/24234/5119 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- |
| 374276    TIME<br>3/19/2009<br>Billed    G:75880    4/1/2009<br>Prepared federal civil suit for unsubmitted reports; Prepared appearance, civil cover sheet, prepared federal summons and to legal process server. | RJS<br>Billable<br>CTF-C./N7990/24234/51 | 1.75<br>0.00<br>0.00<br>0.00 | 195.00<br>T@7 | 341.25 |
| 374277    TIME<br>3/19/2009<br>Billed    G:75880    4/1/2009<br>Prepared letter to John Libby, Audit & Collection Supervisor regarding case status and filing. | RJS<br>Billable<br>CTF-C./N7990/24234/51 | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>T@7 | 97.50 |
| 374275    TIME<br>3/19/2009<br>Billed    G:75880    4/1/2009<br>Review referral for unsubmitted reports. Illinois Secretary of State search for corporate status. Open file and electronic database. | RJS<br>Billable<br>CTF-C./N7990/24234/51 | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>T@7 | 97.50 |
| 375277    EXP<br>4/7/2009<br>Billed    G:76136    5/1/2009<br>FILING FEE  (3/20/09) | CPW<br>$DC<br>CTF-C./N7990/24234/51 | 1 | 350.00 | 350.00 |
| 375475    TIME<br>4/10/2009<br>Billed    G:76136    5/1/2009<br>Review order of Judge Shadur regarding status hearing. Telephone conversation with legal process server Scott Forrest Stern & Associates, Inc. regarding status of service. | RJS<br>Billable<br>CTF-C./N7990/24234/51 | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>T@7 | 39.00 |
| 375829    TIME<br>4/17/2009<br>Billed    G:76136    5/1/2009<br>Prepared affidavit of John Libby, Audit & Collection Supervisor in support of prove up. | RJS<br>Billable<br>CTF-C./N7990/24234/51 | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>T@7 | 156.00 |

| Slip ID Dates and Time Posting Status Description | | ATTORNEY Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 375831 4/17/2009 Billed | TIME G:76136    5/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 0.50 0.00 0.00 0.00 | 195.00 T@7 | 97.50 |
| Prepared letter to John Libby, Audit & Collection Supervisor regarding case status and materials needed for prove up. | | | | | |
| 375828 4/17/2009 Billed | TIME G:76136    5/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 1.50 0.00 0.00 0.00 | 195.00 T@7 | 292.50 |
| Prepared motion for default judgment; Prepared notice of motion; Prepared certificate of service; Prepared exhibits; Prepared affidavit of attorney fees; Prepared draft order. | | | | | |
| 375827 4/17/2009 Billed | TIME G:76136    5/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 0.25 0.00 0.00 0.00 | 195.00 T@7 | 48.75 |
| Review return of service from legal process server Scott Forrest Stern & Associates, Inc.. Good corporate service. Diary for default. Prepared for electronic filing. | | | | | |
| 377513 5/12/2009 Billed | TIME G:76457    6/1/2009 | DPM Billable CTF-C./N7990/24234/51 | 0.20 0.00 0.00 0.00 | 195.00 T@7 | 39.00 |
| Review the prior attorney fees and status of the last quarterly litigation status report; review attorney fees through 04/30/09 review case for current status; calculate amounts collected, total and since the last quarter; update the report for the May 2009 quarterly trustees' meeting: Total Window Installations Company, LLC - 24234 / 5119. | | | | | |
| 377716 5/14/2009 Billed | TIME G:76457    6/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 1.00 0.00 0.00 0.00 | 195.00 T@7 | 195.00 |
| Court Appearance | | | | | |
| 377734 5/14/2009 Billed | TIME G:76457    6/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 0.50 0.00 0.00 0.00 | 195.00 T@7 | 97.50 |
| Prepared letter to John Libby, Audit & Collection Supervisor as to status and compliance with order of court. | | | | | |
| 377736 5/14/2009 Billed | TIME G:76457    6/1/2009 | RJS Billable CTF-C./N7990/24234/51 | 0.50 0.00 0.00 0.00 | 195.00 T@7 | 97.50 |
| Prepared letter to corporate defendant | | | | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 13.50 | | 2982.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 13.50 | | 2982.50 |